**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

NATASHA DAVIS,

Plaintiff,

v.

STERLING INFOSYSTEMS, INC.,

Defendant.

Case No.: 0:25-cv-62281-RS

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINES**

Plaintiff, by her undersigned counsel, hereby submit this Unopposed Motion to Extend the Deadlines in the Court's Scheduling Order (DE 21), and states:

1. On March 26, 2026, the Court entered its Scheduling Order, setting deadlines for this action. *See* DE 21.

2. The parties have been diligently participating in discovery efforts, including preparing responses to written requests, and seeking to coordinate depositions of relevant parties.

3. However, Plaintiff believes additional time for discovery will be necessary to ensure all materials are produced, there is sufficient time for relevant depositions and time for respective expert analysis, and to best support the efficient adjudication of her motion for class certification and any forthcoming dispositive motions.

4. Therein, Plaintiff respectfully request that the Court adopt the succeeding proposed schedule extending the remaining deadlines by 60 days.

5. This is the first extension requested by Plaintiff and is not requested in bad faith or for purposes of undue delay.

6. The undersigned further acknowledges the Court's Order on November 18, 2025 [DE 5] and the Court's expectations that extensions be sought in a timely fashion. The undersigned apologizes for failing to seek this extension prior to the currently pending deadlines, and ensures the Court that subsequent deadlines will be met in haste and in both a timely and professional matter.

7. Counsel for Plaintiff has conferred with counsel for the Defendant, who does not oppose the relief requested herein.

| | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Motion for Class Certification | August 3, 2026 | October 2, 2026 |
| Expert Disclosures | August 3, 2026 | October 2, 2026 |
| Rebuttal Expert Disclosures | September 8, 2026 | November 6, 2026 (59 days) |
| Written Witness Lists | September 8, 2026 | November 6, 2026 (59 days) |
| Fact/Expert Discovery Close | October 16, 2026 | December 15, 2026 |
| Mediation Completed By | November 2, 2026 | January 1, 2027 |
| Dispositive Motions | November 23, 2026 | January 22, 2027 |
| Deposition Designations | February 26, 2027 | April 27, 2027 |
| Pretrial Motions | March 26, 2027 | May 25, 2027 |
| Joint Pretrial Stipulation | March 26, 2027 | May 25, 2027 |
| Two-Week Trial Period | May 3, 2027 | July 5, 2027 (63 days) |

DATED: August 4, 2026

*/s/ Joseph H. Kanee*
Joseph H. Kanee, Esq.
Florida Bar No. 1040922

MARCUS & ZELMAN, LLC
1508 SW 23 Street
Tel.: (848) 346-4358
Email: joseph@marcuszelman.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically with the Court using the CM/ECF system, which action will cause automatic electronic notification of the filing from the Court to be served upon all parties who have registered for electronic service with this Court's e-filing portal on this 3rd day of August, 2026.

*/s/ Joseph H. Kanee*
Joseph H. Kanee, Esq.